UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| Golabs, Inc. d/b/a GOTRAX |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 25-3

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2704 Long Beach, CA | Center (if known): | CEE003 |
| --- | --- | --- | --- |
| Protest Number: | 2704-24-171681 | Date Protest Filed: | December 6, 2024 |
| Importer: | GoLabs, Inc. d/b/a Gotrax | Date Protest Denied: | January 5, 2025 (deemed) |
| Category of Merchandise: | toy hoverboards | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| ATG11379928 | 05/23/2023 | 07/26/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson
NEVILLE PETERSON LLP
One Exchang Plaza at 55 Broadway
New York, NY  10006
Tel: 212-635-2730
jpeterson@npwny.com

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| toy hoverboards | 8711.60.0050<br>9903.88.02 | free<br>25% | 9503.00.0090<br>9903.88.17 | free<br>free |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Classification of the imported toy hoverboards under the Harmonized Tariff Schedule of the United States

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/John M. Peterson
*Signature of Plaintiff's Attorney*

January 7, 2025
*Date*